A. Alexander Gorman, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
GLENN A. LANGDALE-HUNT



FILED
DISTRICT COURT OF GUAM
JUN 12 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT

## OF GUAM

GLENN A. LANGDALE-HUNT

          **Plaintiff,**

   vs.

UNITED STATES OF AMERICA,

          **Defendant.**

_____/

CIVIL CASE NO. **02-00017**

**COMPLAINT FOR DAMAGES
FOR NEGLIGENCE PURSUANT
TO THE FEDERAL TORT
CLAIMS ACT**

### NATURE OF THE ACTION

This is an action for negligence under The Federal Tort Claims Act for damage

to property.

### JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1346(b) and

2671, et. Seq.

2. Before this action was instituted, the claim(s) set forth herein were

presented to and constructively denied by the Navy and this suit was commenced as

## ORIGINAL

the result thereof. Said claims are attached hereto and incorporated herein by reference.

## PARTIES

3.      Plaintiff was and is a resident of Guam at all relevant times herein.

4.      At all times material herein, Defendant UNITED STATES OF AMERICA (hereafter "USA") through its agents, servants, employees and/or service persons was and is operating a motor vehicle within this judicial district.

5.      At all times mentioned herein, Defendant's employees were acting within the course and scope of their employment, and as such, Defendant USA is fully liable for all the acts of it's employees under the doctrine of Respondeat Superior and/or through the Federal Tort Claims Act.

6.      Plaintiffs are informed and believe and thereupon allege, that each of said Defendants and its employees are jointly and severally liable as the principle, officer, agent, master, servant, employer, employee and partner of each of the other Defendants and was in doing the acts complained of herein, acting within the scope of his, her or its said agency, duties, employment or partnership.

## BACKGROUND

7.      On or about December 7, 2000 at 11:07 a.m., Plaintiff GLENN A. LANGDALE-HUNT was driving a motor vehicle which was struck by a military vehicle owned by the United States Navy and driven by GS-09 Greg Yumena Olaya.

2

## PLAINTIFF'S CAUSE OF ACTION FOR NEGLIGENCE AGAINST DEFENDANT

8.      Plaintiff incorporates by reference paragraphs 1 through 7, above.

9.      At all relevant times mentioned herein, Defendant USA employed Greg Yumena Olaya the operator who was driving a White Ford Ranger pickup truck, license plate number USN 94-63446 which at all times mentioned herein was owned by Defendant USA.

10.      On or about December 7, 2000 at approximately 11:07 a.m., on Route 1/Route 6 Intersection, Piti, Guam Defendant USA's employee negligently impacted and struck the vehicle driven and owned by Plaintiff.

11.      As a direct and proximate result of the negligence of Defendant's employee, Plaintiff sustained severe personal bodily injury damages in the accident.

12.      As a further direct and proximate result of the negligence of Defendant's employee the Plaintiff was and is forced to endure severe pain and suffering, loss of enjoyment of life, mental and emotional injury and distress, lost earnings and medical treatments and expenses.

13.      As a further direct and proximate result of the negligence of Defendant's employee the Plaintiff will require future medical treatments and expenses with the attendant pain and suffering, loss of enjoyment of life, mental and emotional injury and distress, and lost earnings.

3

14.    As a direct and proximate result of Defendant USA's employee's negligence, the Plaintiff incurred damages to his vehicle in an amount to be determined at trial.

15.    Based on the above, Plaintiff has been damaged in an amount to be determined at trial.

## PRAYER

WHEREFORE, Plaintiff prays for relief against the Defendant as follows:

1.    For damages in an amount to be determined at trial.

2.    For costs of suit, attorney fees, and pre-judgment interest;

3.    For such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Dated:  June 11, 2002          GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN
Attorneys for Plaintiff
GLENN A. LANGDALE-HUNT

4

# United States District Court

## DISTRICT OF ⸺

GLENN A. LANGDALE-HUNT

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **02-00017**

ACKNOWLEDGED RECEIPT

By: ⟨signature⟩

Date: 6/12/02

TO: (Name and address of defendant)
U.S. Attorney District of Guam
 Suite 500 Sirena Plaza
 108 Hernan Cortez Ave.
 Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GORMAN & GAVRAS
118-A Chalan Santo Papa
 Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

JUN 1 2 2002

DATE

/s/ Leilani R. Toves Hernandez

(BY) DEPUTY CLERK