# United States District Court

DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
JUN 18 2002
MARY L. M. MORAN
CLERK OF COURT

GLENN A. LANGDALE-HUNT

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00017

TO: (Name and address of defendant)

U.S. Attorney District of Guam
Suite 500 Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

_(signature)_
(BY) DEPUTY CLERK

JUN 1 2 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/17/02 |
| NAME OF SERVER (PRINT) Tami C. Salas | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): I personally mailed the Summons and Complaint to United States Attorney General John Ashcroft in Washington, DC by Certified Mail/Return receipt requested on June 17, 2002.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/17/02
              Date

Signature of Server
GORMAN & GAVRAS
118-A Chalan Santo Papa, Hagatna, GU 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

A. Alexander Gorman, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
GLENN A. LANGDALE-HUNT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| GLENN A. LANGDALE-HUNT | CIVIL CASE NO. 02-00017 |
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DECLARATION OF JOYCELINE R. CONTRERAS

I, Joyceline R. Contreras, hereby declare as follows:

1. I have personal knowledge of the facts recited in this paper. The basis of my knowledge is my experience with the events described below. I could and would testify competently as to these facts if called upon by the Court.

2. I am an individual over the age of 18 and am employed by the Law Offices of Gorman & Gavras, P.C.

3. I effectuated service on Defendant Office of the United States Attorney, District of Guam, representative for the United States of America, by serving Frances

**Hunt v. United Sates of America**, Civil Case No. 02-00017
**Declaration of Service**
**June 17, 2002**

Leon Guerrero, at Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, in Hagåtña,

Guam on June 17, 2002, at 11:59 a.m.

    4.    DOCUMENTS SERVED:

            a. Summons
            b. Complaint

I declare under the penalty of perjury, under the laws of Guam, that the foregoing is true and correct.

            EXECUTED ON: June 17, 2002.

            _____
            JOYCELINE R. CONTRERAS