A. Alexander Gorman, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
GLENN A. LANGDALE-HUNT

F I L E D
DISTRICT COURT OF GUAM
SEP 0 6 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| GLENN A. LANGDALE-HUNT<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____/ | CIVIL CASE NO. 02-00017<br><br>SCHEDULING ORDER |

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

    Motor vehicle accident personal injury claim.

2. The posture of the case is as follows:

    a) The following motions are on file (pending):

    None at this time.



b) The following motions have been resolved:

Not applicable.

c) The following formal discovery has been initiated:

None at the present time.

3. All Motions to add parties and claims shall be on or before:

February 17, 2003.

4. All Motions to amend pleadings shall be filed on or before:

February 17, 2003.

5. Status of Discovery:

The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. ~~The parties shall appear before the District Court on September 10, 2002, at 3:00 p.m. for the Scheduling Conferen~~ce. *JMU*

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: February 3, 2003.

8. a) The anticipated discovery motions are:

None at this time.

   b)  All discovery motions shall be filed on or before February 6, 2003. These motions will be heard on or before February 28, 2003.

   c)  All dispositive motions shall be filed on or before February 13, 2003 and heard on or before March 7, 2003.

  9.  The prospects for settlement are:

   Unknown at this time.

  10.  The Preliminary Pretrial Conference shall be held on March 11, 2003 at 3:00 p.m. (no later than 21 days to trial date).

  11.  The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before March 24, 2003 (no later than 14 days prior to Trial).

  12.  The Proposed Pretrial Order shall be filed on or before March 24, 2003 (no later than 14 days prior to Trial).

  13.  The Final Pretrial Conference shall be held on March 25, 2003, at 3:00 p.m. (no later than 7 days prior to Trial).

  14.  The Bench Trial shall be held on April 1, 2003 at 9:30 a.m.

Glenn Langdale-Hunt v. U.S.A., CIV 02-00017
Proposed Scheduling Order
August 27, 2002

15. The Plaintiff does not seek a jury trial.

16. It is anticipated that it will take one to three (1-3) days to try this case.

17. The names of counsel on this case are:

   A. Alexander Gorman, Esq. for Plaintiff Glenn Langdale-Hunt.

   Edward J. Lynch, Esq. for Defendant United States of America.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

   None at this time.

20. The following issues will affect the status or management of the case:

   Unknown at this time

Dated: SEP 06 2002

HONORABLE JOHN S. UNPINGCO
Chief District Judge

RECEIVED
AUG 28 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4

APPROVED AS TO FORM AND CONTENT:

Dated: August 27, 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
EDWARD J. LYNCH, ESQ.
Attorneys for Defendant

Dated: August 27, 2002.

GORMAN & GAVRAS

BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
GLENN A. LANDGDALE-HUNT

5