# ORIGINAL

1 FREDERICK A. BLACK
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 EDWARD J. LYNCH
Special Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Tel: (671) 472-7332
6 Fax: (671) 472-7215

7

8 Attorneys for the United States of America

**F I L E D**

DISTRICT COURT OF GUAM

**FEB 2 6 2003**

MARY L. M. MORAN
CLERK OF COURT

9 UNITED STATES DISTRICT COURT

10 TERRITORY OF GUAM

11

12 GLENN A. LANGDALE-HUNT )    CIVIL CASE NO. 02-00017
                                            )
13        Plaintiff,                        )
                                            )
14        vs.                               )
                                            )    **STIPULATION TO REVISE**
15 UNITED STATES OF AMERICA,                )    **THE SCHEDULING ORDER**
                                            )
16        Defendant.                        )
   _____ )

17

18        Now come the parties and stipulate to a revision of the previously approved scheduling

19 order. Plaintiff's counsel's office was destroyed as a result of Typhoon PONGSONGA.

20 PLAINTIFF anticipates having new office space completed by March 2003. Do to the damage to

21 plaintiff's offices the parties have been unable to complete discovery in this matter. The parties

22 stipulate to a revision of the scheduling order approved by the Court on August 29,2002 in the

23 fallowing manner:

24        1.    The nature of the case is as follows:

25              Motor vehicle personal injury

26

27        2.    The posture of this case is as follows:

28

a.    The following motions are on file:    **None**.

b.    The following motions have been resolved:  **None**.

c.    The following discovery has been initiated:  **None**.

3.    All motions to add parties and claims shall be filed on or before: **June 1, 2003.**.

4.    All motions to amend pleadings shall be filed on or before: **June 1, 2003**.

5.    The discovery cut-off date (defined as the last date to file responses to discovery) is: **May 23, 2003**.

6. a).   The anticipated discovery motions are:  **None at this time**.

All discovery motions shall be filed **on or before June 1, 2003**, and **heard on or before July 1, 2003**.

b).   The anticipated dispositive motions are:

The United States intends to file a motion for summary judgment to establish that Guam discharged a pollutant from point sources into waters of the United States, and that Guam violated an administrative order issued by EPA.  Based on these violations of the Clean Water Act, the United States will also establish that Guam is liable for civil penalties and injunctive relief under the Act.

All dispositive motions shall be filed on or before **June 16, 2003**, and heard on or before **July25, 2003**.

7.    The prospects for settlement are: the parties have agreed to meet and discuss settlement after 1 MARCH 2003, the date plaintiff counsel anticipates to be

- 2 -

1    relocated to new offices.

2

3        8.    The Preliminary Pretrial Conference shall be held on the **1 st day ofAugust 2003,**

4    **at 3:00 p.m.**.

5

6        9.    The parties' pretrial materials, discovery materials, witness lists, designations, and

7    exhibit lists shall be **filed on or before August 1, 2003**.  Any objections under **Fed. R. Civ. P.**

8    **26(a)(3) shall be filed on or before August 15 , 2003**.

9

10       10.    The Proposed Pretrial Order shall be filed on or before **September 2   , 2003**.

11

12       11.    The Final Pretrial Conference shall be held on the **5 September , 2003, at 3:00**

13    **p.m.**.

14

15       12.    The trial shall be held on **September 16 2003  at 9:30 a.m.**

16

17       13.    None of the parties to this case have demanded a jury trial as of this date.

18    However, if a jury trial is available under the law, then the Government of Guam reserves its

19    right to demand one within the time limits permitted by the Federal Rules of Evidence.

20

21       14.    It is anticipated that it will take one to three (1 to 3) days to try this case.

22

23       15.    The names of counsel on this case are:

24            United States: Edward J. Lynch , Special  Assistant U.S. Attorney

25            Attorney for Plaintiff Glenn A. Langdale-Hunt: **A. Alexander Gorman, esq.**

26

27       16.    The parties wish to submit this case to a settlement conference and request that the

28

- 3 -

Court set a date for a settlement conference after June 1, 2003.

      20.    The following issues will also affect the status or management of the case: **None.**

DATED this 25 of February , 2003

_____
JOHN S. UNPINGCO
United States District Judge

APPROVED AS TO FORM AND CONTENT:

**For the United States of America:**

FREDERICK A. BLACK
United States Attorney

BY: _____
EDWARD J. LYNCH
Special Assistant Attorney General

**For the Plaintiff:**

_____
A. ALEXANDER GORMAN, ESQ.
Law offices of Gorman & Gavras

**RECEIVED**

FEB 1 4 2003

DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 4 -