FREDERICK A. BLACK
United States Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America



# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| GLENN A. LANGDALE-HUNT, | CIVIL CASE NO. 02-00017 |
| Plaintiff, | |
| vs. | **RELEASE AGREEMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

That for and in consideration of the sum of FIFTY THOUSAND Dollars ($50,000.00), in lawful money of the United States to be paid in general damages to GLENN A. LANGDALE-HUNT (hereinafter referred to as "Payee"), does by these presents remise, release, and forever discharge the United States of America and the United States Navy (hereinafter referred to as "Payors"), their agents, servants, and employees, other agencies and departments, and each of them, and all other persons, firms, corporations, associations or partnerships, having any interest in or in any way connected with said Payor on account of any and all claims, actions, causes of action,

liability or liabilities, demands or damages of whatever name or nature, including any and all claims for general and special damages, for past and future earnings loss, for past and future medical expenses, for loss of services, for loss of support, for loss of association, companionship, whether at law or in equity, in any manner arisen, arising or to grow out of an accident on or about December 7, 2000. It is further understood that the payment of FIFTY THOUSAND DOLLARS ($50,000.00) in general damages is in full payment and settlement for any and all claims for damages of every kind and nature whatsoever, and whether now known or unknown, by reason of or arising from that claim as described in the Plaintiffs' Complaint in the above-entitled case and particularly without lessening or limiting the force or generality of the foregoing, from all claims and demands set forth in that above entitled case inclusive of any and all court costs and attorney fees.

**GLENN A. LANG-HUNT,** understands that in accepting the foregoing consideration and executing this release it is specifically agreed that this release shall be a complete bar to all claims whether brought by them or another party as against payors for injury or damage to person or property, loss or expense of whatever name or nature resulting from said accident. For the foregoing consideration Plaintiff hereby covenants and agrees to indemnify and forever hold harmless payors against any and all liability, cost, claims and/or expenses resulting from or which may result from any claim, demand, suit, action, cause of action, or subrogation including claims of any workers compensation insurer, temporary or permanent disability insurers, medical insurer's, no-fault insurers, medical care providers, and/or any claim whether governmental or individual in nature which may be asserted by, with or without the consent of, individually or on behalf of the Plaintiff arising directly or indirectly out of the above-mentioned accident; and to defend Payors against any claim, demand, suit, action, or cause of action of whatever kind arising out of said accident.

//
//
//

- 2 -

Case 1:02-cv-00017   Document 8   Filed 05/20/2003   Page 2 of 4

| | |
|---|---|
| 1 | In further consideration of the payment herein made the undersigned Payee does |
| 2 | hereby expressly waive the benefits of the provision of Section 1542 of the Civil Code of |
| 3 | Guam, which reads as follows: |

> A general release does not extend to claims which the creditor does not know or suspect to exist in its favor at the time of executing the release, which if known by him must have materially affected its settlement with the debtor.

The undersigned Payee further declares and represents that this Release expresses a full and complete settlement of a liability claimed and denied and regardless of the adequacy of the compensation, and regardless of the basis upon which the claim arose, and is intended to avoid litigation, and that there is absolutely no promise, inducement or agreement on the part of Payors to make any payment or do any act or thing other than is expressly stated and clearly agreed to, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

Payment of the sum herein mentioned is made by Payors in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim whether raised by payee or other interested party. Payment is not to be construed as an admission of liability by Payors or anyone else.

The undersigned Payee, declares that they have read the foregoing Release and

//
//
//
//
//
//
//
//

that the meaning thereof has been explained to them by their attorney, who has also caused this document to be executed and they fully understand and appreciate the meaning thereof, and they execute

the same of their own free will and accord.

EXECUTED this ___ day of April, 2003.

                               *G.A.L-achal L✓*
                               GLENN A. LANG-HUNT.
                               Plaintiff and Payee

*P. J. Crouch*
PETER TERENCE CROUCH      FREDERICK A. BLACK
SOLICITOR & NOTARY PUBLIC    United States Attorney
BRISBANE QUEENSLAND        Districts of Guam and CNMI
15 MAY 2003    By:    *Edward J. Lynch*
                          EDWARD J. LYNCH
                          Special Assistant U.S. Attorney

## ATTORNEY'S CONSENT

I have read the foregoing Release and approve it as to substance and as to form and have advised my client, GLENN A. LANG-HUNT, to execute it.

DATED this 15 day of May, 2003.

                 By:     *A. Alu*
                          A. ALEXANDER GORMAN
                          Attorney for Plaintiff

- 4 -

Case 1:02-cv-00017    Document 8    Filed 05/20/2003    Page 4 of 4