Langdale consjud

FREDERICK A. BLACK
United States Attorney
EDWARD J. LYNCH
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

ATTORNEYS FOR THE UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
MAY 23 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| GLENN A. LANGDALE-HUNT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 02-00017<br><br><br><br>CONSENT JUDGMENT |

    Plaintiff GLENN A. LANGDALE-HUNT and Defendant UNITED STATES OF AMERICA having entered into a settlement agreement whereby all claims arising out of the incident alleged in the above captioned matter have been compromised, it is, upon the subjoined consents of the parties:

    **ORDERED AND ADJUDGED** that Defendant United States of America will pay

//

//

ORIGINAL

Fifty Thousand Dollars ($50,000.00), inclusive of any and all interest and costs, in full settlement of all claims arising out of this incident, to Attorney A. Alexander Gorman, in trust for Plaintiff GLENN A. LANG-DALE HUNT.

**IT IS SO ORDERED.**

DATED: MAY 2 2 2003

JOHN S. UNPINGCO
Chief Judge

**WE HEREBY CONSENT** to the entry of the foregoing Consent Order and Judgment:

DATED: 4-23-03

Law office of Gorman and Gavras

A. ALEXANDER GORMAN
Attorney for Plaintiff

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

DATED: 23april03       BY: 
EDWARD J. LYNCH
Special Assistant U.S. Attorney

Notice is hereby given that this document was entered on the docket on MAY 23 2003
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ MAY 23 2003
Deputy Clerk      Date

**RECEIVED**
MAY 20 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM